O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JESSE RENTERIA, | ) | CASE NO. CV 10-10023 DSF (RZ) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DOMINGO URIBE, JR., WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JESSE RENTERIA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 5/3/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE